IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KHALIQ MURRAY,**

    *Plaintiff*,

**v.**                                                  Case No.: 4:24cv507-MW/MAF

**GENERAL REVENUE CORPORATION
and TRANS UNION, LLC,**

    *Defendants*.

_____/

## ORDER ACKNOWLEDGING DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice as to Defendant Trans Union, LLC, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 24. "Rule 41 allows a plaintiff to dismiss all of his claims against a particular defendant." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A). However, this case remains pending against Defendant General Revenue Corporation.

    **SO ORDERED on February 14, 2025.**

                                                  s/Mark E. Walker
                                                  **Chief United States District Judge**