UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KHALIQ MURRAY,   CASE NO.: 4:24-cv-00507-MW

    Plaintiff,

vs.

GENERAL REVENUE CORP.,
and TRANS UNION LLC,

    Defendants,
_____/

**MEDIATION REPORT**

In accordance with the Notice of Mediation filed by the parties, a ZOOM mediation was conducted with the parties and counsel on Monday, June 16, 2025, beginning at 9:00 a.m. The Plaintiff, KHALIQ MURRAY, appeared with lead counsel. The Defendant, GENERAL REVENUE CORP., appeared with its corporate representatives and lead counsel. Defendant, TRANS UNION LLC, had previously reached a settlement with the Plaintiff and did not attend.

All parties present participated in good faith. The parties reached a full settlement of this matter.

Respectfully submitted,

*/s/ Gregory P. Holder*
Gregory P. Holder, Esq., Mediator
Florida Bar No. 339326
1511 N. Westshore Blvd., Suite 700
Tampa, Florida 33606
Telephone: (813) 773-5106
Email: greg@zinoberdiana.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that June 16, 2025, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                              /s/ *Gregory P. Holder*
                                              Gregory P. Holder, Esq., Mediator