IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KHALIQ MURRAY,**

    *Plaintiff*,

v.                               Case No.: 4:24cv507-MW/MAF

**GENERAL REVENUE CORP. and
TRANS UNION, LLC,**

    *Defendants*.

_____/

## ORDER FOR DISMISSAL

The mediator has filed a notice, ECF No. 35, indicating that Plaintiff's claims against the last remaining Defendant, General Revenue Corporation, have been settled. Accordingly,

    **IT IS ORDERED**:

    1. The parties must comply with their settlement agreement.

    2. All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

    3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

    4. The Clerk must enter judgment stating, "Khaliq Murray and General Revenue Corporation are ordered to comply with their settlement agreement. The

court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. Inasmuch as Plaintiff's other claims against Defendant Trans Union, LLC, were previously dismissed, ECF Nos. 24–25, the Clerk must close the file.

6. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

**SO ORDERED on June 16, 2025.**

                                                  **s/Mark E. Walker**
                                                  **Chief United States District Judge**